UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Otis James Macklin Jr.** **Docket No. 5:26-CR-201-1D**

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Otis James Macklin Jr., who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § (g)(1) and 924(a)(2), was sentenced by the Honorable Timothy M. Cain, U.S. District Judge for the District of South Carolina, on June 20, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Otis James Macklin Jr. was released from custody on May 16, 2025, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On September 28, 2026, Jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported to our office that he has been struggling with his thoughts since being released and asked for assistance. It is recommended that he be referred to a mental health assessment and any subsequent treatment to better assist him.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: October 2, 2026

## ORDER OF THE COURT

Considered and ordered this ___5___ day of ___October___, 2026, and ordered filed and made a part of the records in the above case.

J. Dever

James C. Dever III
U.S. District Judge